UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CASILLAS,<br><br>              Petitioner,<br><br>      v.<br><br>KEN CLARK,<br><br>              Respondent. | Case No. 2:21-cv-01267-SPG (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Respondent and Plaintiff have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

Within Claim Four, Petitioner has presented an argument pursuant to *Miranda v. Arizona*, 384 U.S. 436 (1966), ECF No. 1 at 10, ECF No. 1-5 at 14-17, which was not explicitly addressed in the Report and Recommendation. The Court has considered Petitioner's argument and finds it does not warrant federal habeas relief. Even if the Court were to assume, without deciding, that police elicited statements from Petitioner in violation of *Miranda*, any alleged error is harmless under the circumstances of Petitioner's trial. *See Ghent v. Woodford*, 279 F.3d 1121, 1126 (9th Cir.

2002), *as amended* (Mar. 11, 2002) ("The erroneous admission of statements taken in violation of a defendant's Fifth Amendment rights is subject to harmless error analysis.").

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: August 10, 2023

HONORABLE SHERILYN PEACE GARNETT
United States District Judge