JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CASILLAS,<br><br>              Petitioner,<br><br>          v.<br><br>KEN CLARK,<br><br>              Respondent. | Case No. 2:21-cv-01267-SPG (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: August 10, 2023

                                              HONORABLE SHERILYN PEACE GARNETT
                                              United States District Judge